**No. 10-697. Eduardo Pabon-Mandrell, Petitioner v. United States.**

562 U.S. 1140, 131 S. Ct. 960, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 83.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 617 F.3d 581.